```
 1  MARC G. REICH (SBN 159936)
    mgr@reichradcliffe.com
 2  ADAM T. HOOVER (SBN 243226)
    adhoover@reichradcliffe.com
 3  REICH RADCLIFFE & HOOVER LLP
    2030 Main Street, Suite 1300
 4  Irvine, CA 92614
    Telephone:    (949) 975-0512
 5  Facsimile:    (949) 208-2839

 6  Attorneys for Plaintiff Alexandre Roberts

 7   JOHN W. BERRY (SBN 295760)
     john.berry@mto.com
 8   JOHN M. GILDERSLEEVE (SBN 284618)
     john.gildersleeve@mto.com
 9   LAUREN C. BARNETT (SBN 304301)
     lauren.barnett@mto.com
10   MUNGER, TOLLES & OLSON LLP
     350 South Grand Avenue, Fiftieth Floor
11   Los Angeles, California 90071
     Telephone:    (213) 683-9100
12   Facsimile:    (213) 687-3702

13  Attorneys for Defendants Rao Mulpuri, Toby
    Cosgrove, Lisa Picard, and Nigel Gormly, and
14  Nominal Defendant View, Inc.

15  Additional Counsel on Signature Page
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE ROBERTS, Derivatively on Behalf of Nominal Defendant VIEW, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAO MULPURI, VIDUL PRAKASH, TOBY COSGROVE, LISA PICARD, and NIGEL GORMLY,<br><br>Defendants.<br><br>and,<br><br>VIEW, INC.,<br><br>Nominal Defendant. | Case No. 5:23-cv-2248-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41** |

Plaintiff Alexandre Roberts ("Plaintiff"), Defendants Rao Mulpuri, Vidul Prakash, Toby Cosgrove, Lisa Picard, and Nigel Gormly ("Individual Defendants"), and Nominal Defendant View, Inc. ("View," and, collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the Order accompanying this Stipulation.

WHEREAS, on May 9, 2023, Plaintiff commenced this action, asserting claims derivatively on behalf of View against the Individual Defendants (ECF No. 1);

WHEREAS, on August 9, 2023, the Court granted the Parties' stipulation to stay this action pending a ruling on the motion to dismiss the related securities class action captioned *Mehedi et al. v. View, Inc. f/k/a CF Finance Acquisition Corp. II et al.*, C.A. No. 21-6374 (N.D. Cal.) (ECF No. 18);

WHEREAS, on April 2, 2024, View and its affiliate companies filed voluntary petitions for relief in federal bankruptcy court in the District of Delaware under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy");

WHEREAS, on April 10, 2024, View filed a Notice of Suggestion of Pendency of Bankruptcy for View, Inc., and Automatic Stay of Proceedings (ECF No. 26);

WHEREAS, following its Bankruptcy, View is now a privately-held company, such that Plaintiff and those that held shares of stock of View before the Bankruptcy are no longer shareholders of View;

WHEREAS, after due consideration, Plaintiff seeks to voluntarily dismiss the Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiff, View and/or any other View shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to View's former shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any View shareholder, or View itself, to pursue the claims; (ii) there has been no

settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. This action shall be dismissed without prejudice as to Plaintiff, View, and/or any other View shareholder.

2. The Parties shall bear their own fees and costs in connection with the action.

Dated: August 29, 2024                    Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
  John W. Berry
  John M. Gildersleeve
  Lauren C. Barnett

　　　　_/s/ Lauren C. Barnett_
Lauren C. Barnett

*Attorneys for Defendants Rao Mulpuri, Toby Cosgrove, Lisa Picard, and Nigel Gormly, and Nominal Defendant View, Inc.*

MORRISON & FOERSTER LLP
  Anna Erickson White (SBN 161385)
  awhite@mofo.com
  Lara McDonough (SBN 340017)
  lmcdonough@mofo.com
  425 Market Street
  San Francisco, CA 94105
  Telephone:  (415) 268-7000
  Facsimile:  (415) 268-7522

　　　　_/s/ Anna Erickson White_
Anna Erickson White

*Attorneys for Defendant Vidul Prakash*

      REICH RADCLIFFE & HOOVER LLP
        Adam T. Hoover
        Marc G. Reich

          */s/ Adam T. Hoover*
      Adam T. Hoover


      LIFSHITZ LAW PLLC
        Joshua M. Lifshitz (*Pro Hac Vice to be Submitted*)
        jlifshitz@lifshitzlaw.com
        1190 Broadway
        Hewlett, NY 11557
        Telephone:  (516) 493-9780
        Facsimile:   (516) 280-7376

      *Attorneys for Plaintiff Alexandre Roberts*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

    I, Lauren C. Barnett, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August, 2024, at Los Angeles, California.

          */s/ Lauren C. Barnett*
          Lauren C. Barnett


    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 30, 2024           *[signature]*
                               Hon.. Beth Labson Freeman
                               United States District Judge